IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE WILLIAMS,

    Petitioner,

vs.                                             CASE NO. 4:11-cv-592-SPM/WCS

DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 4). The parties have been afforded an opportunity to file objections, but no objections were filed. Upon consideration, I have determined that the Report and Recommendation is correct and should be adopted.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is **adopted** and incorporated by reference into this order.

2. This case shall be transferred to the United States District Court for the Middle District of Florida for all further proceedings.

DONE AND ORDERED this 6th day of March 2012.

                                    *S/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    Senior United States District Judge